JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 881 -- In re Air Turbulence Incident Over Puerto Rico on January 19, 1990

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/03/14 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SVC. -- filed by American Airlines, Inc., for transfer of actions -- SUGGESTED TRANSFEREE DISTRICT: D. Puerto Rico -- SUGGESTED TRANSFEREE JUDGE: ? (ds) |
| 91/03/25 | | APPEARANCES -- PETER F. BARISO, JR., ESQ. for American Airlines, Inc. and JOHN R. SCOTT, ESQ. for Susan Kowalick (ds) |
| 91/03/27 | | APPEARANCE -- JOHN E. MUDD, ESQ. for Nereida Huertas Mojica and Sonia Rosa Ramos, et al. (ds) |
| 91/03/29 | 2 | SUPPLEMENTAL INFORMATION -- filed by deft. American Airlines, Inc. w/cert. of svc. (ds) |
| 91/03/29 | 3 | LETTER WITHDRAWING OPPOSITION TO PLDG. #1 (opposition was not filed, did not comply with Rules) -- filed by counsel for pltf. Susan Kowalick (cdm) |
| 91/04/16 | | HEARING ORDER -- setting motion of deft. American Airlines, Inc. to transfer for Panel hearing in New York, N.Y., on May 31, 1991 (ds) |
| 91/04/16 | | APPEARANCE -- JOSE A. PAGAN, ESQ. for Francisco Cruz, et al. (rh) |
| 91/04/17 | 4 | LETTER -- Signed by Peter F. Bariso, Jr., Esq. counsel for American Airlines, Inc. -- (report re: status in accordance with R.P.J.P.M.L. 11(e) and amendement to motion to add Celso A. Carballo v. American Airlines, Inc., et al., D. N.J., C.A. No. 91-1028(HAA) and Rosa Retamar, et al. v. American Airlines, Inc., D. N.J., C.A. No. 91-1567(NHP)) -- w/cert. of svc. (rh) |
| 91/04/23 | | AMENDMENT TO HEARING ORDER AND SCHEDULE FILED ON APRIL 16, 1991 -- to include B-11 & B-12; to designate new district and civil action numbers for A-7 - A-9; and deleting A-10 because it was remanded to New Jersey state court on March 14, 1991 -- notified involved counsel and judges (sg) |
| ~~91/05/29~~ | | ~~WAIVERS OF ORAL ARGUMENT for 5/31/91 hearing, New York, New York -- Rotamar and American Airlines (ds)~~ |
| 91/05/29 | | WAIVERS OF ORAL ARGUMENT for 5/31/91 hearing, New York, New York -- All parties waived (ds) |

JPML FORM 1A

B.2

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 881 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/05/29 | 5 | SUBSEQUENT INFORMATION -- Filed by deft. Peter F. Bariso, Jr. -- w/cert. of svc. (received and filed on 5/28/91) (sg) |
| 91/06/05 | | ORDER DEEMING MOTION MOOT AND VACATING THE MAY 31, 1991 HEARING -- Notified involved counsel and judges/clerks (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 881 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE TURBULENCE INCIDENT OVER PUERTO RICO, ON JANUARY 19, 1990

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | June 5, 1991 | MO | Unpublished | | | |

Special Transferee Information

DATE CLOSED: June 5, 1991

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 881 -- In re Air Turbulence Incident Over Puerto Rico, on January 19, 1990

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Nereida Huertas Mojica, et al. v. American Airlines, Inc. | P.R. Fuste | 90-1109 (JAF) | | | | |
| A-2 | Sonia Rosa Ramos, et al. v. American Airlines, Inc. | P.R. Fuste | 90-1228 (JAF) | | | | |
| A-3 | Zoe Rios De Valencia, et al. v. American Airlines, Inc., et al. | P.R. Fuste | 90-1357 (JAF) | | | | |
| A-4 | Inocencio Torres Roman, et al. v. American Airlines, Inc. | P.R. Fuste | 90-1959 (JAF) | | | | |
| A-5 | Valentin Quinones-Pacheco, et al. v. American Airlines, Inc. | P.R. Fuste | 90-1074 (JAF) | | | | |
| A-6 | Francisco Cruz Cotto, et al. v. American Airlines, Inc. | P.R. Fuste | ~~90~~-1008 (JAF) | | | | |
| A-7 | Eddie Rodriguez v. American Airlines, Inc. | P.R. ~~N.J.~~ ~~Politan~~ Fuste | ~~90-3954 (NHP)~~ 91-1424 | | | | A-7 thru A-9 8/1/04 to D.P.R. See orders in misc. |
| A-8 | Susan Kowalick v. American Airlines, Inc., et al. | P.R. ~~N.J.~~ ~~Politan~~ Fuste | ~~91-528 (NHP)~~ 91-1446 | | | | |
| A-9 | Alfredo Ramos v. American Airlines, Inc. | P.R. ~~N.J.~~ ~~Politan~~ Fuste | ~~91-815 (NHP)~~ 91-1507 | | | | |
| A-10 | Sall Nieves, et al. v. American Airlines, Inc., et al. | N.J. Politan | 91-924 (NHP) | | | remanded to St court | |

DOCKET NO. 881 -- In re Air Turbulence Incident Over Puerto Rico, on January 19, 1990

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-11 | Celso A. Caraballo v. American Airlines, Inc., et al. | N.J. Ackerman | 91-1028(HAA) | | | 5/10/91 | Transfer |
| B-12 | Rosa Retamar, et al. v. American Airlines, Inc. | N.J. Politan | 91-1567(NHP) | | | 5/17/91 | Trans to P.R. |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 881 -- In re Air Turpulence Incident Over Puerto Rico, on January 19, 1990

===========================================================================

AMERICAN AIRLINES, INC.
Peter F. Bariso, Jr., Esquire
26 Journal Square
Jersey City, NJ   07306

RICHARD W. ANDERSON
(No app. rec'd)
Diego A. Ramos, Esquire
Fiddler, Gonzalez & Rodriguez
Post Office Box 363507
San Juan, P.R.   00936-3507

NEREIDA HUERTAS MOJICA, ET AL. (A-1)
SONIA ROSA RAMOS, ET AL. (A-2)
John E. Mudd, Esquire
Ortiz-Torro & Ortiz-Brunet
Post Office Box 2064
Hato Rey, P.R.   00919

ZOE RIOS DE VALENCIA, ET AL. (A-3)
(No app. rec'd)
Rosa M. Nogueras, Esquire
Post Office Box 361503
San Juan, P.R.   00936-1503

INOCENCIO TORRES ROMAN, ET AL. (A-4)
(No app. rec'd)
Jesus Hernandez Sanchez, Esquire
First Federal Building
Suite 819, Stop 23
Santurce, P.R.   00909

VALENTIN QUINONES-PACHECO, ET AL. (A-5)
(No app. rec'd)
Rafael Toro Cuberge
Post Office Box 66
Yauco, P.R.   00768

FRANCISCO CRUZ-SOTO, ET AL. (A-6)

Jose A. Pagan-Nieves, Esquire
Post Office Box 3391
Old San Juan Station
San Juan, P.R.   00901

EDDIE RODRIQUEZ (A-7)
(No app. rec'd)
Horowitz & Horowitz
265 Hobart Street
Post Office Box 511
Perth Amboy, NJ   08862-0511

SUSAN KOWALICK (A-8)
John R. Scott, Esquire
Leonard & Butler, P.C.
300 Lanidex Plaza
Parsippany, NJ   07054

ALFREDO RAMOS (A-9)
(No app. rec'd)
Weiner & Ryan
165 Prospect Street
Passaic, NJ   07055

SALL NIEVES, ET AL. (A-10)
(No app. rec'd)
Kline & Gast
2065 Lincoln Highway
Edison, NJ   08817

JPML FORM 2A -- Continuation

Counsel of Record -- p. 2

DOCKET NO. 881 -- _____

CELSO A. CARABALLO (B-11)
Juman & Juman
1981 HIghway 27
Edison, NJ  08818


ROSA RETAMAR, ET AL. (B-12)
Maran & Maran
One Gateway Center
Suite 2003
Newark, NY  07102


LUIS MUNOZ MARIN INT'L AIRPORT (Deft. in B-11)
Unable to Determine Counsel or Address

JPML FORM 3

p. \_\_\_\_\_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 881 -- In re Air Turbulence Incident Over Puerto Rico on January 19, 1990

| Name of Party | Named as Party in Following Actions |
|---|---|
| American Airlines, Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, B-11, B-12 |
| Richard W. Anderson | A-3 |
| Luis Munoz Marin Int'l Airport | B-11 |