JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUN -5 91

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 881

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE AIR TURBULENCE INCIDENT OVER PUERTO RICO ON JANUARY 19, 1990*

ORDER DEEMING MOTION MOOT
AND
VACATING THE MAY 31, 1991 HEARING

This matter is before the Panel on motion of defendant American Airlines, Inc. (American) to centralize all the actions on the attached Schedule A in the District of Puerto Rico, pursuant to 28 U.S.C. §1407, for coordinated or consolidated pretrial proceedings. By letter dated May 22, 1991, American notified the Panel that the two actions pending in the District of New Jersey had recently been voluntarily transferred to the District of Puerto Rico under 28 U.S.C. §1404(a).

IT IS THEREFORE ORDERED that the Section 1407 motion in the above-captioned litigation is DEEMED MOOT.

IT IS FURTHER ORDERED that the Hearing Order and the attached Schedule filed on April 16, 1991 as amended on April 23, 1991, be, and the same hereby are, VACATED insofar as they relate to this litigation.

FOR THE PANEL:

John F. Nangle
Chairman

SCHEDULE A

### District of New Jersey

<u>Rosa Retamar, et al. v. American Airlines, Inc.</u>,
   C.A. No. 91-1567 (NHP)
<u>Celso A. Caraballo v. American Airlines, Inc., et al.</u>,
   C.A. No. 91-1028 (HAA)

### District of Puerto Rico

<u>Eddie Rodriguez v. American Airlines, Inc.</u>,
   C.A. No. 91-1424 (JAF)
<u>Susan Kowalick v. American Airlines, Inc., et al.</u>,
   C.A. No. 91-1446 (JAF)
<u>Alfredo Ramos v. American Airlines, Inc.</u>, C.A.
   No. 91-1507 (JAF)
<u>Nereida Huertas Mojica, et al. v. American Airlines</u>,
   Inc., C.A. No. 90-1109 (JAF)
<u>Sonia Rosa Ramos, et al. v. American Airlines, Inc.</u>,
   C.A. No. 90-1228 (JAF)
<u>Zoe Rios De Valencia, et al. v. American Airlines</u>,
   Inc., et al., C.A. No. 90-1357 (JAF)
<u>Inocencio Torres Roman, et al. v. American Airlines</u>,
   Inc., C.A. No. 90-1959 (JAF)
<u>Valentin Quinones-Pacheco, et al. v. American Airlines</u>,
   Inc., C.A. No. 90-1074 (JAF)
<u>Francisco Cruz-Soto, et al. v. American Airlines, Inc.</u>,
   C.A. No. 91-1008 (JAF)